UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON
Case No. 17-20001-CIV-MARTINEZ-GOODMAN

YAZAN SALEH, individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

MIAMI GARDENS SQUARE ONE, INC.
D/B/A TOOTSIE'S CABARET,
a Florida corporation, and RCI HOSPITALITY
HOLDINGS, INC., a Texas Corporation,

      Defendants.
_____/
MIAMI GARDENS SQUARE ONE, INC.
d/b/a TOOTSIE'S CABARET, a Florida
corporation, and RCI HOSPITALITY
HOLDINGS, INC., a Texas corporation,
Defendants/Counter-Plaintiffs,

v.

SVCLV, LLC, an Idaho Limited Liability
Company, and FREEDOMPAY INC., a
Pennsylvania Corporation,
Counter-Defendants,
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

      Plaintiff, Yazan Saleh, respectfully requests a fourteen (14) day extension until February 28, 2017, of the deadline for the Parties to file their Joint Scheduling Report and Joint Proposed Scheduling Order, and further states as follows:

1.      This Court's Order, [ECF No. 5, ¶3], requires that the parties file a Joint Scheduling Report and Joint Proposed Scheduling Order within twenty (20) days of the appearance of a defendant.

2.      Defendants Miami Gardens Square One, Inc. and RCI Hospitality Holdings, Inc. appeared on January 25, 2017. [ECF No. 8].

3.      Accordingly, the Parties' deadline to file a Joint Scheduling Report and Joint Proposed Scheduling Order is February 14, 2017.

4.      The Parties have agreed to hold the in person meeting required by [ECF No. 5, ¶4], but have been unable to do so because Counsel for Defendant was involved in several emergency matters which prevented him from scheduling the aforesaid conference.

5.      Moreover, since the issuance of this Court's Order [ECF No. 5], additional parties have been added to the instant lawsuit as Defendant has filed a claim against two other parties.

6.      Plaintiff respectfully assert that good cause exists to grant the requested extension because they have diligently attempted to meet the Court's deadline, but have been unable to do because of matters beyond their control.

WHEREFORE, Plaintiff respectfully requests a fourteen (14) day extension, until February 28, 2017, for the Parties to file their Joint Scheduling Report and Proposed Order.


## CERTIFICATION OF CONFERRAL

Counsel for Plaintiff conferred with counsel for Defendant by telephone on February 14, 2017; Counsel for Defendant related that he would not oppose the instant motion and did not oppose the joint filing of same.  However, due to the lateness of the day, Plaintiff was unable to obtain authorization for Defendant's e-signature and thus was unable to file this motion jointly.

Dated: February 14, 2017.

Respectfully submitted,

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

*Attorney for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com