UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-20001-CIV-MARTINEZ-GOODMAN

YAZAN SALEH, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.

MIAMI GARDENS SQUARE ONE, INC.
d/b/a TOOTSIE'S CABARET, a Florida
corporation, and RCI HOSPITALITY
HOLDINGS, INC., a Texas corporation,

    Defendants,
_____/

MIAMI GARDENS SQUARE ONE, INC.
d/b/a TOOTSIE'S CABARET, a Florida
corporation, and RCI HOSPITALITY
HOLDINGS, INC., a Texas corporation,

    Defendants/Counter-Plaintiffs,

v.

SVCLV, LLC, an Idaho Limited Liability
Company, and FREEDOMPAY INC., a
Pennsylvania Corporation,

    Counter-Defendants,
_____/

## NOTICE OF DISCOVERY HEARING

Pursuant to this Court's Order (ECF No. 20), defendant RCI Hospitality Holdings, Inc. ("RCIHH") hereby gives notice of scheduling a discovery hearing during the Honorable Magistrate Judge Goodman's regular discovery calendar on Friday, January 26, 2018, at 3:30 p.m., at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132.

RCIHH has noticed the discovery hearing to resolve the following:

43768861;1

Case Number: 1:17-20001-CIV-MARTINEZ-GOODMAN

1. A dispute concerning Plaintiff's failure to produce documents or information he claims to possess evidencing alleged Fair and Accurate Credit Transactions Act ("FACTA") violations by RCIHH's subsidiaries other than Miami Garden's Square One, Inc. d/b/a Tootsie's Cabaret ("Miami Gardens"); and

2. A dispute concerning Plaintiff's failure to provide RCIHH with a privilege log in compliance with Local Rule 26.1(e)(B) surrounding certain communications identified on the privilege log that has been produced by Plaintiff.

RCIHH has moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction, as well as to stay all discovery pending resolution of its motion to dismiss (ECF No. 52). RCIHH has also adopted the motion of Miami Gardens seeking to stay all proceedings in this action. (ECF Nos. 58 & 59). These motions are *sub judice*. By requesting this hearing, RCIHH is not waiving the request sought in its moving papers that all discovery in this action be stayed pending resolution of the motions. However, because the Court has not yet ruled on these motions, and given the current discovery deadline of February 28, 2018 (ECF No. 104), RCIHH requests this discovery hearing out of an abundance of caution in the event that the Court does not rule on the pending motions before the close of the current discovery deadline.

## **COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

The undersigned hereby certifies that RCIHH, through counsel, has conducted a conference with Plaintiff's counsel regarding the discovery disputes identified above, and the parties have been unable to resolve these disputes.

**Case Number: 1:17-20001-CIV-MARTINEZ-GOODMAN**

Dated: New York, New York
January 9, 2018

Respectfully Submitted,

By: */s/ Jeffrey A. Kimmel*
   **MEISTER SEELIG & FEIN LLP**
   Jeffrey A. Kimmel, Esq.
   (Of Counsel – admitted *pro hac vice*)
   Racquel C. Weintraub, Esq.
   (Of Counsel – admitted *pro hac vice*)
   Paul J. Rutigliano, Esq.
   (Of Counsel – admitted *pro hac vice*)
   125 Park Avenue, 7th Floor
   New York, New York 10017
   Tel: (212) 655-3500
   Fax: (212) 655-3535
   Email: jak@msf-law.com
          rcw@msf-law.com
          pjr@msf-law.com

By: */s/ Jason S. Oletsky*
   **AKERMAN, LLP**
   Jason S. Oletsky, Esq.
   Florida Bar No. 009301
   Stacy Rodriguez, Esq.
   Florida Bar No. 4410
   350 E. Las Olas Blvd., Suite 1600
   Fort Lauderdale, Florida 33301
   Tel: (954) 463-2700
   Email: jason.oletsky@akerman.com
          stacy.rodriguez@akerman.com

*Attorneys for Defendant*,
RCI Hospitality Holdings, Inc.

Case Number: 1:17-20001-CIV-MARTINEZ-GOODMAN

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel of parties, if any, who are not authorized to receive electronically Notice of Electronic Filing.

                                    By: /s/ Jason S. Oletsky
                                            Jason S. Oletsky

**Service List**

Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com

Jibrael S. Hindi, Esq.
THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street
Ft. Lauderdale, FL 33301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540
jibrael@jibraellaw.com

BRET L. LUSSKIN, Esq.
BRET LUSSKIN, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

*Attorneys for Plaintiff*

LUKE LIROT, ESQ.
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190,
Clearwater, Florida 33764
Tel: (727) 536-2100
Fax: (727) 536-2110
Email: luke2@lirotlaw.com
Secondary Email: jimmy@lirotlaw.com

**Case Number: 1:17-20001-CIV-MARTINEZ-GOODMAN**

Secondary Email: justin@lirotlaw.com

*Attorneys for Defendant*,
Miami Gardens Square One. Inc.