UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-20001-CIV-MARTINEZ-GOODMAN

YAZAN SALEH, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

MIAMI GARDENS SQUARE ONE, INC.
D/B/A TOOTSIE'S CABARET,
a Florida corporation, and RCI
HOSPITALITY HOLDINGS, INC., a Texas
Corporation,

    Defendants.
_____/

MIAMI GARDENS SQUARE ONE, INC.
D/B/A TOOTSIE'S CABARET,
a Florida corporation, and RCI
HOSPITALITY HOLDINGS, INC., a Texas
Corporation,

    Defendants/Counter-Plaintiffs,

v.

SVCLV, LLC, an Idaho Limited Liability
Company, and FREEDOMPAY INC., a
Pennsylvania Corporation,

    Counter-Defendants.
_____/

**DEFENDANT, RCI HOSPITALITY HOLDINGS, INC.'S**
**NOTICE OF PLAINTIFF'S FILING OF RELATED OR SIMILAR ACTION**

Defendant/Counter-Plaintiff, RCI Hospitality Holdings, Inc. ("RCIHH"), pursuant to S.D. Fla. L.R. 3.8, hereby files its Notice of Plaintiff Yazan Saleh's filing of a subsequent Related or Similar Action in Miami-Dade County Circuit Court on *January 8, 2018* and attached hereto as Exhibit A (the "Parallel State Court Proceeding").

43973723;1

The Parallel State Court Proceeding involves the identical parties, the identical underlying factual allegations, the identical cause of action for alleged violations of the Fair and Accurate Credit Transactions Act or FACTA (15 U.S.C. § 1691(c)(g)), and the identical national class definition as the above captioned matter, defining the proposed class as follows:

> *(i) All persons in the United States (ii) who, when making payment for goods or services at one of RCI Hospitality Holdings, Inc.'s subsidiaries across the country (iii) made such payment using a credit or debit card (iv) and were provided with a point of sale receipt (v) which displayed more than the last 5 digits of said credit or debit card (vi) within the two (2) years prior to the filing of the complaint.*

*Compare* ECF No. 1 at ¶ 51 with Exhibit A at ¶ 67.

Date:  January 31, 2018                     Respectfully submitted,

**AKERMAN LLP**
350 East Las Olas Blvd., Suite 1600
Fort Lauderdale, Florida  33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

By: /s/ Jason S. Oletsky
   Jason S. Oletsky, Esq.
   Florida Bar No. 0009301
   Email:  jason.oletsky@akerman.com
   Stacy Rodriguez, Esq.
   Florida Bar No. 44109
   Email:  stacy.rodriguez@akerman.com

*Co-Counsel for Defendant/Counter-Plaintiff, RCI Hospitality Holdings, Inc.*

**MEISTER SEELIG & FEIN, LLP**
Jeffrey A. Kimmel, Esq. (Admitted *Pro Hac Vice*)
Racquel C. Weintraub, Esq. (Admitted *Pro Hac Vice*)
Paul J. Rutigliano, Esq. (Admitted *Pro Hac Vice*)
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Facsimile: (212) 655-3535

*Counsel for Defendant/Counter-Plaintiff, RCI Hospitality Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **31st** day of January 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**SCOTT D. OWENS, P.A.**
Scott D. Owens, Esq.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
Email: scott@scottdowens.com

**THE LAW OFFICE OF JIBRAEL S. HINDI, PLLC**
Jibrael S. Hindi, Esq.
110 SE 6th Street
Ft. Lauderdale, FL  33301
Telephone: (954) 907-1136
Facsimile: (855) 529-9540
Email: jibrael@jibraellaw.com

**BRET LUSSKIN, P.A.**
Bret L. Lusskin, Esq.
20803 Biscayne Blvd., Suite 302
Aventura, Florida 33180
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
Email: blusskinlusskinlaw.com

*Attorneys for Plaintiff*

                                                            By: /s/ Jason S. Oletsky
                                                                Attorney