UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20001-CIV-MARTINEZ-GOODMAN**

YAZAN SALEH, individually and on behalf of
all others similarly situated,
    Plaintiff,
vs.

MIAMI GARDENS SQUARE ONE, INC. d/b/a
TOOTSIE'S CABARET, *et al.*,
    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon Defendant Miami Gardens Square One, Inc. d/b/a Tootsie's Cabaret's ("Defendant Tootsie") Expedited Motion for a Stay of Discovery and All Other Matters in this Action, Including Plaintiff's Motion for Class Certification and Defendant Tootsie's Time to Respond to the Motion to Certify Class (the "Motion to Stay") [ECF No. 58]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendant Tootsie's Motion to Stay [ECF No. 58] is **GRANTED**.

2. This case is **STAYED** pending a ruling on the motions to dismiss [ECF Nos. 52 & 53]. After such ruling, the Court, if necessary, will reset the trial date, calendar call, and certain pretrial deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of February, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record