UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-20001-CIV-MARTINEZ-GOODMAN**

YAZAN SALEH, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

MIAMI GARDENS SQUARE ONE, INC. d/b/a
TOOTSIE'S CABARET, *et al.*,

    Defendants.
_____/

## SUPPLEMENTAL ORDER STAYING CASE

THIS CAUSE came before the Court upon upon a *sua sponte* review of the record. This Court previously issued an Order staying the case pending a ruling on the motions to dismiss [ECF No. 123]. The Court notes that a stay is further warranted because *Tarr v. Burger King Corporation*, Case No. 18-10279, a case directly applicable to this matter, is currently on appeal before the Eleventh Circuit. In light of the Eleventh Circuit's pending decision in *Tarr*, and the likely impact the decision will have upon this action, it is hereby:

**ORDERED AND ADJUDGED** that

1.    The Parties are to notify the Court of a decision by the Court of Appeals within ten (10) days of issuance of such order and, at that time, may move to reopen the matter;

2.    This case is **ADMINISTRATIVELY CLOSED**; and

3.    All pending motions are denied as moot and shall be reinstated, as warranted, upon the reopening of the matter

DONE AND ORDERED in Chambers at Miami, Florida, this 31 day of May, 2018.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record