**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| YAZAN SALEH, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:17−cv−20001−JEM |
| v. | ) ) | |
| MIAMI GARDENS SQUARE ONE, INC., d/b/a TOOTSIES CABARET, et al., | ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS Plaintiff, Yazan Saleh, and Defendants, Miami Gardens Square One, Inc., RCI Hospitality Holdings, Inc., and Freedompay, Inc., have resolved their dispute, with respect to this action[1], to the satisfaction of the parties:

IT IS HEREBY STIPULATED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice with the parties to bear their own costs and attorneys' fees unless otherwise agreed.

Respectfully submitted,

s/ Scott D. Owens
Scott D. Owens, Esq.
Scott D. Owens, P.A.
2750 N. 29th Avenue, Suite 209A
Hollywood, FL 33020
Tel: 954-589-0588
Fax 954-337-0666
scott@scottdowens.com
*Counsel for Plaintiff Yazan Saleh*

---

[1] This stipulation has no effect upon or in any way pertains to the pending case filed in the Miami-Dade County Circuit Court, Case No. 2018-000537-CA-01.

Case 1:17-cv-20001-JEM   Document 138   Entered on FLSD Docket 12/15/2020   Page 2 of 3

s/ Jeffrey A. Kimmel
Paul Rutigliano, Esq.
Jeffrey A. Kimmel, Esq.
Akerman, LLP
520 Madison Ave., 20th Floor
New York, NY 10022
Tel: 212-259-6436
Fax: 212-880-8965
paul.rutigliano@akerman.com
jeffrey.kimmel@akerman.com

Jason S. Oletsky, Esq.
Akerman, LLP
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: 954-463-2700
Fax: 954-463-2224
jason.oletsky@akerman.com
*Counsel for Defendant RCI Hospitality Holdings, Inc.*

s/ Luke Charles Lirot
Luke Charles Lirot
2240 Belleair Road, Suite 190
Clearwater, FL 33764
Tel: 727–536–2100
Fax: 727-536–2110
luke2@lirotlaw.com
*Counsel for Defendants Miami Gardens Square One, Inc., and RCI Hospitality Holdings, Inc.*

s/ Eric Pendergraft
Eric Pendergraft, Esq.
Shraiberg, Landau & Page, P.A.
2385 NW Executive Center Dr., Ste. 300
Boca Raton, FL 33431
Tel: 561-443-0800
Fax: 561-998-0047
ependergraft@slp.law
*Counsel for Defendant Freedompay, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to received electronically Notices of Filing.

By: s/ Scott D. Owens
Scott D. Owens, Esq.